No. 66. Ex Parte Amadeo.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Octubre 5, 1903. Desistido á instancias de la parte apelante. Abogado del apelante : *Sr. Monserrat.*

---

No. 87. Cantizani *v.* Dávila. — Apelación procedente de la Corte de Distrito de Mayagüez. Resuelto en Octubre 5, 1903. Se declaró desierto el recurso interpuesto por no haber comparecido el apelante.

---

No. 20. Ex Parte Solá.—Solicitud para que se expida mandamiento de Habeas Corpus. Resuelto en Octubre 27, 1903. Desestimada la solicitud por haber sido indultados los peticionarios de la pena que motivara su prisión. Abogado de los peticionarios : *Sr. Texidor.*

---

No. 81: Carrión *v.* García.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Noviembre 5, 1903. ·Desistido á instancias de la parte apelante. Abogado del apelante : *Sr. Ginorio.*

---

No. 83. Siragusa *v.* Figueroa.—Apelación procedente de la Corte de Distrito de San Juan. Resuelto en Noviembre 24, 1903. Desistido á instancias de la parte apelante. Abogado del apelante : *Sr. Texidor.*

---

No. 8. Mollfulleda *v.* El Registrador de la Propiedad.—Recurso gubernativo contra nota del Registrador de la Propiedad de San Juan. Resuelto en Noviembre 27, 1903. Se declaró no haber lugar á resolver el recurso por no haberse interpuesto dentro del término legal.